PER CURIAM.
Affirmed. See and compare Benjamin v. Biel, 831 So.2d 1227 (Fla. 4th DCA 2002); Barbour v. Brinker Fla., Inc., 801 So.2d 953 (Fla. 5th DCA 2001); Barton Protective Servs., Inc. v. Faber, 745 So.2d 968 (Fla. 4th DCA 1999); Joseph F. Maimone Sec. and Investigations, Inc. v. American Exp. Travel Related Servs., 598 So.2d 272 (Fla. 3d DCA 1992); Allstate Ins. Co. v. Shilling, 374 So.2d 611 (Fla. 4th DCA 1979).